NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Appellee*

**v.**

**FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, FAIRCHILD (TAIWAN) CORPORATION,**
*Defendants-Appellants*

---

2016-2691, 2017-1875

---

Appeals from the United States District Court for the Northern District of California in No. 3:09-cv-05235-MMC, Judge Maxine M. Chesney.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

# **O R D E R**

Appellee Power Integrations, Inc. filed a petition for rehearing. A response to the petition was invited by the court and filed by appellants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation, and Fairchild (Taiwan) Corporation. The petition was first referred to the panel that heard the appeal. The panel granted the petition in part and denied it in part (see accompanying order). Thereafter, the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.

(2) The mandate of this court will issue on October 29, 2018.

FOR THE COURT

September 20, 2018　　　　/s/ Peter R. Marksteiner
　　　　Date　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　　Clerk of Court